[No. 15481-1-II.   Division Two.   February 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KENDALL
NEY, *Appellant*.

Appeal from a judgment of the Superior Court.for Thurston
County, No. 91-1-00578-1, Paula Casey, J., entered November
7, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15095-6-II.   Division Two.   February 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE
DEWEY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-00293-2, John N. Skimas, J., entered May
28, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Morgan, A.C.J., and Petrich, J.

[No. 14521-9-II.   Division Two.   February 25, 1993.]

OELKE DRILLING, INC., *Respondent*, v. NORTHWEST LAND
AND HOMES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-02542-3, Rosanne Buckner, J., entered No-
vember 26, 1990. *Reversed* by unpublished opinion per Alex-
ander, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 14648-7-II.   Division Two.   February 25, 1993.]

JOSEPH S. BIRD, ET AL, *Appellants*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-2-05428-1, Donald H. Thompson, J., entered
May 18, 1990. *Reversed* by unpublished opinion per Morgan,
J., concurred in by Alexander, C.J., and Seinfeld, J.